25,057-12

Rodney John Ramirez,#864913

William P.Clements Unit

9601 Spur 591

Amarillo, Texas 79107-9606

May 25, 2015

Honorable Abel Acosta, Clerk of the Court

Texas Court of Criminal Appeals

P.O. BOX 12308, Capitol Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

RE: RODNEY JOHN RAMIREZ, Relator
    CCA NO.WR-25,057-12
    Trial Court No.59793
    'Letter of Inquiry/Status Check on Motion For Entry of
    Default Judgment filed on/about February of 2015.'

Dear Honorable Clerk of the Court,

On/About February of 2015, I, Rodney John Ramirez (Relator) under the above-styled and numbered cause submitted a "pro se Motion For Entry of Default Judgment", due to the "Respondent's failure to comply with the thirty-(30)-day time limitation (deadline) for response to this Court's Order dated September 2, 2014," under the above-styled and numbered cause.

To date, I have not received notification by this Court of any disposition on the aforementioned 'Motion'. As such, I respectfully request "the status of the aforementioned Motion?" I "Thank You" in advance for your kind professional time, attention and response to this 'Letter of Inquiry/Status Check on the aforementioned 'Motion'.

Sincerely/Respectfully Requested,

Rodney John Ramirez,Relator
TDCJ-CID#864913
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

CC:File